UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE: CLAUDIA J. VARGAS
       AKA CLAUDIA VARGAS

                                            **Chapter 13**
                                            **Case No.: 18-43462-ESS**

                          Debtor,

------------------------------------------------------------------X

## ORDER ALLOWING WINDWARD BORA, LLC TO AMEND CLAIM NO. 8

WHEREAS, on June 14, 2018, Claudia Vargas ("Debtor") filed a Petition for Relief under Chapter 13 of the Bankruptcy Code; and

WHEREAS, on August 21, 2018, Windward Bora, LLC ("Creditor") filed Claim No. 8 in the amount of $373,218.76 ("Claim 8"); and

WHEREAS, on September 26, 2018, Debtor filed a motion seeking an order striking Claim 8 ("Motion to Strike"); and

WHEREAS, on October 19, 2018, Creditor filed a cross-motion seeking an order granting leave to amend Claim 8 ("Cross-Motion to Amend"); and

WHEREAS, on January 15, 2019, a Loss Mitigation Status Conference and oral argument of Motion to Strike and Cross-Motion to Amend were held; and

NOW, THEREFORE, upon the record of this entire case, which is incorporated herein by reference, it is hereby

ORDERED, that the Motion to Strike is denied; and it is further

ORDERED, that the Creditor may file an amended Claim 8 by May 24, 2019.



Dated: Brooklyn, New York
May 1, 2019

_____
Elizabeth S. Stong
United States Bankruptcy Judge