

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

May 2, 2019

Chambers, Hon. Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:        Claudia J Vargas  AKA Claudia Vargas
Case No.   18-43462-ess
Loan No.   ...6636

Dear Hon. Elizabeth S. Stong,

    Please allow this letter to serve as a written status report, submitted on behalf of Rushmore Loan Management Services, LLC (the "Secured Creditor") pursuant to the Eastern District of New York Loss Mitigation Program Procedures.

    The Debtor was denied loss mitigation options on September 7th, 2019 and the appeal was subsequently denied on December 3rd, 2018.  This Firm filed a detailed denial letter on November 16, 2018 as docket #48.  At the last hearing held, Debtor's Counsel was to provide this Firm with a statement of income as prepared by an accountant along with supporting documentation by January 29, 2019.  Debtor's Counsel resubmitted information that the Secured Creditor already had and reviewed.

    The income submitted by Debtor's Counsel has never been verified by the Bank Statements submitted. The verified income for this Debtor totals $4,681.81.  The Debtor was denied as their income does not support the modified payment.  The information submitted by Debtor's Counsel was not was what was directed by this Court and nonetheless would not change the results of the review.  As a result, this Firm respectfully requests that loss mitigation be terminated.

    If there are any questions, please feel free to contact me directly at 716-253-6200.

Very truly yours,

By:    /s/:  Deborah Turofsky, Esq.

cc.    ECF and Email
       Brian McCaffrey, Esq.